UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL DUFRISNE,

    Petitioner,

vs.

TOM L. CAREY, Warden,

    Respondent.
_____/

No. C 01-4976 PJH (PR)

**JUDGMENT**

The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 22, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.01\DUFRI976.JUD.wpd